HYUNDAI ELECTRONICS INDUS-TRIES CO., LTD. and Hyundai Electronics America, Inc., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

Micron Technology, Inc., Defendant–Appellee.

No. 2006–1448.

United States Court of Appeals, Federal Circuit.

June 16, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

STANDARD KNITTING, LTD., Appellant,

v.

TOYOTA JIDOSHA KABUSHIKI KAISHA, Appellee.

No. 2006–1323.

United States Court of Appeals, Federal Circuit.

June 22, 2006.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.